# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2015

148829

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CURTIS EDWARD FELTON,
        Defendant-Appellant.

SC:  148829
COA:  319327
Macomb CC:  2012-003359-FC

_____/

By order of October 28, 2014, the application for leave to appeal the January 24, 2014 order of the Court of Appeals was held in abeyance pending the decision in *People v Lockridge* (Docket No. 149073). On order of the Court, the case having been decided on July 29, 2015, 498 Mich 358 (2015), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., not participating due to a familial relationship with a presiding circuit court judge in this case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2015

Clerk

s1019